NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1615

KIMBERLY REGINA LITTON HUSEMAN

VERSUS

ANTHONY WAYNE LITTON

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 98-6109
HONORABLE LILYNN ANNETTE CUTRER, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

COOKS, J., DISSENTS AND ASSIGNS WRITTEN REASONS.

AFFIRMED.

Lee Watkins Boyer
Stockwell, Sievert
P. O. Box 2900
Lake Charles, LA 70602
Telephone: (337) 436-9491
COUNSEL FOR:
    Defendant/Appellee - Anthony Wayne Litton

William Mitchell Redd
Liles & Redd
P. O. Box 3717
Lake Charles, LA 70602-3717
Telephone: (337) 433-8529
COUNSEL FOR:
    Plaintiff/Appellant - Kimberly Regina Litton Huseman

**Scott Powell Gaspard**
**P. O. Box 14085**
**Baton Rouge, LA 70898**
**Telephone:  (225) 769-1887**
**COUNSEL FOR:**
      **Plaintiff/Appellant - Kimberly Regina Litton Huseman**